MARK DZIELSKI et al., Respondents, v ESSEX INSURANCE COMPANY, Appellant, et al., Defendant.

Submitted July 16, 2012; decided August 28, 2012

Motion to amend remittitur denied [see 19 NY3d 871 (2012)].

In the Matter of PETER J. GALASSO (Admitted as PETER JOHN GALASSO), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent.

Submitted August 20, 2012; decided August 28, 2012

Motion by Thomas F. Liotti for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

ROSELYNE GISORS, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION FOR THE CITY SCHOOL DISTRICT REGION 10 et al., Respondents.

Submitted May 29, 2012; decided August 28, 2012

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

HUDSON VALLEY FEDERAL CREDIT UNION, Appellant, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Respondents.

Submitted August 6, 2012; decided August 28, 2012

Motion by Association of Towns of the State of New York et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 10 copies filed within seven days.

Judge SMITH taking no part.